OPINION — AG — ** MEDICAL EXAMINERS — DRUG PRESCRIPTIONS — PHYSICIAN ASSISTANTS ** A RULE PROMULGATED BY THE BOARD OF MEDICAL EXAMINERS WHICH WOULD PERMIT PHYSICIAN'S ASSISTANTS TO PRESCRIBE MEDICATIONS WOULD BE CONFLICT WITH 59 O.S. 353.1 [59-353.1](7)(A) AND 59 O.S. 492 [59-492] (PRESCRIPTIONS, WHO, DOCTORS, DRUGS, PHARMACY) CIT: 59 O.S. 492 [59-492], 59 O.S. 519 [59-519], 59 O.S. 522 [59-522] [59-522] (SUE WYCOFF)